UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GE CAPITAL MODULAR SPACE<br> A division of Transport International Pool, Inc. | CIVIL ACTION NO. 07-642 |
| VS. | JUDGE DOHERTY |
| DYNAMIC INDUSTRIES INC. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was filed directly in federal court, under 28 U.S.C. §1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that defendant failed to make timely and full monthly payments to plaintiff for defendant's use of the leased units. Plaintiff seeks damages in excess of $244,000.00.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on November 7, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)